UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJKO BARBIR,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,,<br><br>    Respondent. | Case No.  2:24-cv-2284-WBS-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 16, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner, and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 16, 2025, are adopted in full;

2. The amended petition, ECF No. 7, is DISMISSED as untimely;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated: June 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE